# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BARBARA M. DEPASQUALE,** | | |
| V. | | **SUMMONS IN A CIVIL CASE** |
| **NAFTULA JACOBOWITZ, ET AL.,** | | |
| | | CASE NUMBER: **3:16–CV–00100–JAM** |

TO: **Naftula Jacobowitz, Shaindy Jacobowitz, Lisa Marrtin, Throop 57, LLP**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Gerald C. Pia, Jr.
Roche Pia LLC
Two Corporate Dr., Suite 248
Shelton, CT 06484**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – T Nuzzi
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2016–01–25 14:01:24.0**, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

                                   _____
                                                               Servers signature

                                    _____
                                                               Printed name and title

                                    _____
                                                               Servers address

Additional information regarding attempted service, etc: