UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| BARBARA M. DEPASQUALE, d/b/a HAVENS TOYS | : |
| Plaintiff, | : |
| -- against -- | : 3:16-cv-00100-JAM |
| NAFTULA JACOBOWITZ a/k/a Nat Jacobs a/k/a Matt Jacob, individually, on behalf of and d/b/a/ Quality Encapsulations a/k/a Cure Encapsulations, and/or Throop 57; and THROOP 57, LLP; and SHAINDY JACOBOWITZ a/k/a Sandy Jacobs, individually and on behalf of and d/b/a Cure Encapsulations a/ka Quality Encapsulations; and LISA MARTIN, indidually and on behalf of Quality Encapsulations | : March 31, 2016 |
| Defendants. | : |

---

**Motion For Admission of Visiting Attorney**

The undersigned attorney, in accordance with Local Rule 83.1(d), moves for an order allowing Attorney Andrew Citron to be admitted as a visiting attorney to represent the defendants Naftula Jacobowitz and Shaindy Jacobowitz in this matter, In support of this motion, the undersigned is filing Attorney Citron's Affidavit, and has paid the Seventy-Five dollar ($75.00) fee required under Local Rule 83.1(d)(3).

In further support of this motion, the undersigned states that he has spoken to the plaintiff's attorney, Gerald C. Pia, Jr., who has no objection to the granting of this motion.

Respectfully submitted.

_____
Daniel Green ct 08746
Begos Brown & Green LLP
Attorneys for Defendants
2425 Post Road – Suite 205
Southport, CT 06890
(203) 254-1900

## ORDER

The foregoing motion is Granted/Denied.

_____
By the Court/Clerk

## Certification

I hereby certify that on March 31, 2016, a copy of the foregoing was delivered electronically to Attorney Gerald C. Pia, JR gpia@rochepia.com.

_____
Daniel Green