

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri May 13 03:21:14 EDT 2016

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 3 out of 31**

[TSDR] [ASSIGN Status] [TTAB Status] **( Use the "Back" button of the Internet Browser to return to TESS)**



| | |
|---|---|
| **Word Mark** | QUALITY ENCAPSULATIONS |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dietary and nutritional supplements; Dietary and nutritional supplements used for weight loss; Vitamins. FIRST USE: 20130801. FIRST USE IN COMMERCE: 20130801 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.05.01 - Lilies; Orchids; Tulips |
| **Serial Number** | 86447914 |
| **Filing Date** | November 7, 2014 |

| | |
|---|---|
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 12, 2015 |
| Registration Number | 4780858 |
| Registration Date | July 28, 2015 |
| Owner | (REGISTRANT) Cure **Encapsulations** CORPORATION NEW YORK 485 Bedford Ave. Brooklyn NEW YORK 11211 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "QUALITY ENCAPSULATIONS" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the words "**Quality Encapsulations**", with a vector tulip above. The mark consists of a big stylized capitalized letter "Q", followed by capitalized letters "UALITY" in a smaller font size. The word "**Encapsulations**" appears bellow the letters "UALITY" evenly aligned with the letters "UALITY". A vector image of a tulip appears above "UALITY". |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY