# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA M. DEPASQUALE d/b/a<br>HAVENS TOYS | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:16cv100 (JAM) |
| NAFTULA JACOBOWITZ a/k/a Nat Jacobs | ) | |
| a/k/a Matt Jacob, individually, on behalf of and | ) | |
| d/b/a Quality Encapsulations a/k/a Cure | ) | |
| Encapsulations, and/or Throop 57; and | ) | |
| THROOP 57, LLC; and SHAINDY | ) | |
| JACOBOWITZ a/k/a Sandy Jacobs, | ) | |
| individually and on behalf of and d/b/a Cure | ) | |
| Encapsulations a/k/a Quality Encapsulations; | ) | |
| and LISA MARTIN, individually and on behalf | ) | |
| of Quality Encapsulations, | ) | |
| | ) | |
| Defendants. | ) | June 3, 2016 |
| | ) | |

## MOTION TO DISMISS AMENDED COUNTERCLAIMS AND FOR COSTS

Pursuant to Fed. R. Civ. P. 12(b)(1),(6), the plaintiff/counterclaim defendant, Barbara M. DePasquale d/b/a Havens Toys ("Plaintiff"), moves to dismiss the amended counterclaims filed by the defendants/counterclaimants, Naftula Jacobowitz and Shaindy Jacobowitz (collectively, "Defendants"). In short, Defendants do not have standing with respect to the alleged trademark, and fail to allege any counterclaim upon which relief may be granted. Plaintiff's points and authorities are set forth in the accompanying memorandum of law.

WHEREFORE, Plaintiff respectfully moves that the Court dismiss Defendants' amended counterclaims.

**ORAL ARGUMENT NOT REQUESTED**

THE PLAINTIFF/COUNTERCLAIM
DEFENDANT
BARBARA M. DEPASQUALE d/b/a
HAVENS TOYS


By: _____/s/_____
Brian C. Roche – ct 17975
Gerald C. Pia, Jr. – ct 21296
Roche Pia, LLC
Two Corporate Drive, Suite 248
Shelton, CT06484
Phone: (203) 944-0235
Fax: (203) 567-8033
E-mail: broche@rochepia.com
gpia@rochepia.com

## CERTIFICATION

I hereby certify that, on the date hereon, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ _____

Gerald C. Pia    (ct 21296)
Brian C. Roche (ct 17975)

3