Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____  RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: ____ hours  29 minutes

DATE: 6/9/2016   START TIME: 3:19   END TIME: 3:48

LUNCH RECESS   FROM: _____  TO: _____

RECESS (if more than ½ hr)  FROM: _____  TO: _____

CIVIL NO. 3:16-cv-00100-JAM

Barbara M. DePasquale                                   Gerald C. Pia , Jr.
                                                         Plaintiff's Counsel
         vs
Naftula Jacobowitz , et al.                             Andrew Citron
                                                         Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing          [ ] Show Cause Hearing
[ ] Evidentiary Hearing     [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] ..... #20  Motion to Dismiss _____  [ ] granted  [✓] denied as moot  [ ] advisement
[✓] ..... #32  Motion to Dismiss _____  [✓] granted  [✓] denied  [ ] advisement
[ ] ..... #____ Motion _____  [ ] granted  [ ] denied  [ ] advisement
[ ] ..... #____ Motion _____  [ ] granted  [ ] denied  [ ] advisement
[ ] ..... #____ Motion _____  [ ] granted  [ ] denied  [ ] advisement
[ ] ..... #____ Motion _____  [ ] granted  [ ] denied  [ ] advisement
[ ] ..... #____ Motion _____  [ ] granted  [ ] denied  [ ] advisement
[ ] .....       Oral Motion _____  [ ] granted  [ ] denied  [ ] advisement
[ ] .....       Oral Motion _____  [ ] granted  [ ] denied  [ ] advisement
[ ] .....       Oral Motion _____  [ ] granted  [ ] denied  [ ] advisement
[ ] .....       Oral Motion _____  [ ] granted  [ ] denied  [ ] advisement
[ ] .....  [ ] Briefs(s) due _____  [ ] Proposed Findings due _____  Response due _____
[ ] ..........  _____  [ ] filed  [ ] docketed
[ ] ..........  _____  [ ] filed  [ ] docketed
[ ] ..........  _____  [ ] filed  [ ] docketed
[ ] ..........  _____  [ ] filed  [ ] docketed
[ ] ..........  _____  [ ] filed  [ ] docketed
[ ] ..........  _____  [ ] filed  [ ] docketed
[ ] ..........  Hearing continued until _____  at _____

Notes: